NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TRON LAMAR MORGAN,                 )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D18-3133
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
                                   )
_____    )

Opinion filed October 30, 2019.

Appeal from the Circuit Court for Pinellas
County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender,
and Clayton R. Kaeiser, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.

          Affirmed.

NORTHCUTT, BLACK, and SALARIO, JJ., Concur.